BEFORE THE FIRST DIVISION, JANUARY 17, 1962

No. 66379.—Healthways, Inc., et al. *v.* United States, protests 60/16801, etc. (Los Angeles).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of diving masks and parts thereof similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiffs was sustained.

No. 66380.—U.S. Divers Co. *v.* United States, protest 60/30002 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 17, 1962

No. 66381.—Atala Corp. et al. *v.* United States, protests 60/30606, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66382.—The Huffman Manufacturing Company *v.* United States, protest 60/31399 (Savannah).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 66383.**—Romanelli Import & Export Co. *v.* United States, protests 310993–K and 323843–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of coffee brewers the same in all material respects as those the subject of Abstract 64580, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 17, 1962

**No. 66384.**—B. Altman & Co. et al. *v.* United States, protests 60/14449, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vitrified, decorated bowls the same in all material respects as those the subject of Abstract 50327, the claim of the plaintiffs was sustained.

**No. 66385.**—United China & Glass Co. *v.* United States, protest 60/22302–15908 (New Orleans).